IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL MOUTON                                                                 PETITIONER

v.                      CASE NO. 5:18-CV-00306 BSM

WENDY KELLEY                                                RESPONDENT

## ORDER

After *de novo* review of the record, including petitioner Carl Mouton's timely objections [Doc. No. 12], United States Magistrate Judge Patricia S. Harris's findings and recommendations [Doc. No. 11] are adopted. Accordingly, this petition is dismissed, all requested relief is denied, and a certificate of appealability is denied.

IT IS SO ORDERED this 4th day of April 2019.

                                                                   UNITED STATES DISTRICT JUDGE